UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STEPHANIE SINCLAIR,<br><br>Plaintiff,<br><br>v.<br><br>SLR LOUNGE, LLC,<br><br>Defendant. | Case No. 8:18-cv-01924 JVS(KESx)<br><br>**DISMISSAL ORDER**<br><br>Judge: Hon. James V. Selna |

### DISMISSAL ORDER

In consideration of the foregoing stipulation by the parties, and good cause existing therefor, it is hereby ordered that: (a) all claims in this lawsuit shall be dismissed with prejudice; (b) each party shall bear its own costs and attorneys' fees; and (c) this Court shall retain jurisdiction over the parties to interpret and enforce the provisions of the parties' settlement agreement.

IT IS SO ORDERED.

DATED: January 09, 2019

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE